**Order filed September 26, 2017**



In The

# Fourteenth Court of Appeals

_____

NO. 14-17-00677-CV
_____

**ASHLEY CHANDLER, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF KAREN WATSON, Appellant**

**V.**

**AL-T'S SEAFOOD & STEAKHOUSE, LTD., AL-T'S BAR, HAROLD THIBODEAUX, HERBERT THIBODEAUX, CARLA THIBODEAUX, AL-T'S RESTAURANTS, INC. AND AL-T'S CAJUN PRODUCTS, INC., Appellees**

---

**On Appeal from the 344th District Court
Chambers County, Texas
Trial Court Cause No. CV29489**

---

## O R D E R

The notice of appeal in this case was filed August 15, 2017. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **October 6, 2017.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM